CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

September 23, 2024

LAURA A. AUSTIN, CLERK
BY: s/A. Beeson
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| AARIQ M. NEDD, ) | |
| ) | |
| Plaintiff, ) | Case No. 7:24-cv-00533 |
| ) | |
| v. ) | **MEMORANDUM OPINION** |
| ) | |
| WALLENS RIDGE STATE PRISON ) | By:   Hon. Thomas T. Cullen |
| et al., ) | United States District Judge |
| ) | |
| Defendants. ) | |

Plaintiff Aariq M. Need, proceeding *pro se*, filed a civil-rights complaint under 42 U.S.C. § 1983. On August 14, 2024, the Court ordered Plaintiff to submit a prisoner trust account report for the six-month period immediately preceding the filing of the complaint. (Order at 1–2, Aug. 14, 2024 [ECF No. 3].) The Court advised Plaintiff that failure to submit the requested information within 30 days would result in dismissal of this action without prejudice. (*Id.* at 2.)

More than 30 days have elapsed, and Plaintiff has failed to comply with the Court's order. Accordingly, the Court will dismiss the action without prejudice for failure to prosecute and to comply with the Court's order. *See* Fed. R. Civ. P. 41(b). Plaintiff may refile the claims in a separate action once Plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and the accompanying Order to Plaintiff.

**ENTERED** this 23rd of September, 2024.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE